**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   William E. Johnson v. David Gutierrez and Ken Paxton

Appellate case number:   01-18-00068-CV

Trial court case number:   D-1-GN-16-002392

Trial court:   126th District Court of Travis County

Date motion filed:   December 11, 2018

Party filing motion:   Appellant


It is ordered that appellant's motion titled, "Appellant's Request for Clarification of November 20, 2018, Decision to Allow Dismissal of Named Appellees in Open Violation of Texas Law," is **denied**.


Judge's signature: ____/s/ Terry Jennings_____
                            Acting for the Court

Panel consists of:   Justices Jennings, Higley, and Massengale.

Date:   ___December 21, 2018___